UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY L. TRAMIL,<br><br>    Plaintiff,<br><br>    v.<br><br>S.F. HUMAN RIGHTS COMMISSION,<br><br>    Defendant. | Case No. 12-cv-04348 NC<br><br>**NOTICE OF DEFICIENCY;<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

Plaintiff Mary Tramil, appearing pro se, filed this action for employment discrimination in violation of Title VII of the Civil Rights Act on August 17, 2012. Dkt. No. 1. This Court scheduled a case management conference for November 21, 2012, and ordered the parties to file a joint case management conference statement by November 14, 2012. Dkt. No. 2. The Court also ordered the parties to consent or decline to the jurisdiction of a magistrate judge under 28 U.S.C. § 636. Standing Order, Dkt. No. 2-1.

Plaintiff failed to file a case management conference statement and failed to consent or decline to proceeding before a magistrate judge. Plaintiff has also yet to serve the defendant in this matter. Fed. R. Civ. P. 4(m) (plaintiff is required to serve defendant within 120 days after the complaint is filed). To comply with the Federal Rules of Civil Procedure, Tramil must effectuate service on or before December 15, 2012. Fed. R. Civ. P. 4(m).

Accordingly, Tramil must file a consent or declination to magistrate court jurisdiction and must serve the defendant by December 15, 2012. *See* consent/declination forms attached to this order.

1     The case management conference scheduled for November 21, 2012 is
2 CONTINUED to February 6, 2013, 10:00 a.m., Courtroom A, 15th Floor, San Francisco.
3 The parties must file a joint case management conference statement one week prior to the
4 case management conference.  Failure to comply with this order will be deemed sufficient
5 grounds for dismissal under Rule 41(b).  *See Hells Canyon Pres. Council v. U.S. Forest*
6 *Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (recognizing that a district court may dismiss an
7 action in accordance with Federal Rule of Civil Procedure 41(b) sua sponte for a
8 plaintiff's failure to prosecute or comply with a court order).

9     In light of her pro se status, the Court advises plaintiff that she may wish to seek
10 assistance from the Legal Help Center, a free service of the Volunteer Legal Services
11 Program, by calling 415.782.9000 x8657 or signing up for an appointment on the 15th
12 floor of the Courthouse, Room 2796.  At the Legal Help Center, plaintiff may speak with
13 an attorney who may be able to provide basic legal help, but not legal representation.  The
14 Court also urges plaintiff to obtain a copy of the Pro Se Handbook, available free of
15 charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the
16 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

    IT IS SO ORDERED.

DATED: November 15, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-04348 NC
NOTICE OF DEFICIENCY                 2