UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MARY TRAMIL,<br><br>Plaintiff,<br><br>v.<br><br>S.F. HUMAN RIGHTS COMMISSION,<br><br>Defendant. | Case No. 12-cv-04348 NC<br><br>**ORDER RE: REQUEST FOR EXTENSION OF TIME AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 6 |
|---|---|

Plaintiff Mary Tramil, appearing pro se, requests an extension of time to amend her complaint and serve the defendant in this matter. Dkt. No. 6. Additionally, she seeks a continuance of the February 6, 2013 case management conference. *Id.*

For good cause shown, the Court GRANTS plaintiff's request to extend the time to file an amended complaint to January 15, 2013. Plaintiff must also serve defendant on or before January 15. The case management conference remains scheduled for February 6, 2013. Plaintiff is to file a case management conference statement 7 days in advance of the case management conference.

IT IS SO ORDERED.

DATED: December 13, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-04348 NC
ORDER RE REQUEST FOR
EXTENSION OF TIME